**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6166**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEBBIE GARNER PRICE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., District Judge. (CR-98-104, CA-01-494-1)

_____

Submitted: May 28, 2002          Decided: June 10, 2002

_____

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Debbie Garner Price, Appellant Pro Se. David Paul Folmar, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Debbie Garner Price seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Price, Nos. CR-98-104; CA-01-494-1 (M.D.N.C. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED